IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

XAVIER POSTON,

ORDER

Plaintiff,

19-cv-958-bbc

v.

MICHAEL JULSON, THEODORE ANDERSON,
LT. OLSON, BRYAN GERRY, CO TAYLOR,
CO ROWER, CO KANE, CO JOSHUA KRAFT
AND CO LANG,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Xavier Poston, who is incarcerated at Columbia Correctional Institution, is proceeding on claims that correctional staff at the prison kept him in a restraint suit in disciplinary segregation for five days without a break and under inhumane conditions, in violation of his rights under the Eighth Amendment. Before the court is plaintiff's motion to supplement his complaint with two factual allegations: (1) after plaintiff was placed in a full body restraint suit with a rip belt, one of the defendants told him that the suit would not be removed until plaintiff expelled balloons allegedly containing drugs; and (2) plaintiff was not allowed to brush his teeth, wash his face or perform range of motion exercises. Dkt. #11. Because the additional factual allegations do not change the nature of plaintiff's claims and are substantially similar to the allegations made in his original complaint, the motion will be denied as unnecessary.

1

ORDER

IT IS ORDERED that plaintiff Xavier Poston's motion to supplement his complaint, dkt. #11, is DENIED as unnecessary.

Entered this 9th day of March, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge