IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

XAVIER POSTON,

                                                                OPINION AND ORDER

              Plaintiff,

                                                                  19-cv-958-bbc

     v.

MICHAEL JULSON, THEODORE ANDERSON,
LT. OLSON, BRYAN GERRY, CO TAYLOR,
CO ROWER, CO JOSHUA KRAFT AND CO LANG,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On April 6, 2021, I entered an order explaining to pro se plaintiff Xavier Poston that if he did not respond to defendants' motion for summary judgment by April 19, 2021, I would dismiss his case with prejudice for his failure to prosecute it under Rule 41 of the Federal Rules of Civil Procedure. April 19 has passed, and plaintiff has not filed anything in response to defendants' motion or the court's order. Therefore, I will dismiss this case.

ORDER

IT IS ORDERED that plaintiff Xavier Poston's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment for defendants and close this case.

Entered this 26th day of April, 2021.

                                                  BY THE COURT:
                                                  /s/
                                                  _____
                                                  BARBARA B. CRABB
                                                  District Judge