IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

XAVIER POSTON,

    Plaintiff,

v.

Case No.  19-cv-958-bbc

MICHAEL JULSON, THEODORE ANDERSON, LT. OLSON, BRYAN GERRY, CO TAYLOR, CO ROWER, CO KANE, CO JOSHUA KRAFT, and CO LONG,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered for defendants dismissing this case with prejudice.

| /s/ | 4/26/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |